1  PILLSBURY & LEVINSON, LLP
   TERRENCE J. COLEMAN  Bar No. 172183
2  tcoleman@pillsburylevinson.com
   BRIAN H. KIM  Bar No. 215492
3  bkim@pillsburylevinson.com
   The Transamerica Pyramid
4  600 Montgomery St., 31st Floor
   San Francisco, California 94111
5  Telephone: (415) 433-8000
   Facsimile: (415) 433-4816
6
   Attorneys for Plaintiff
7  Mary Carten

8  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
9  bruce.celebrezze@sdma.com
   REBECCA A. HULL  Bar No. 99802
10 rebecca.hull@sdma.com
   ERIN A. CORNELL  Bar No. 227135
11 erin.cornell@sdma.com
   One Market Plaza, Steuart Tower, 8th Floor
12 San Francisco, CA  94105-1008
   Telephone: (415) 781-7900
13 Facsimile: (415) 781-2635

14 Attorneys for Defendants
   Hartford Life and Accident Ins. Co.; Group Long Term
15 Disability Plan For Employees of FMR Corporation

16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19

20 MARY CARTEN,                          Case No. C 10-4019 WHA

21              Plaintiff,                **STIPULATION AND [PROPOSED]
                                          ORDER FOR ONE-DAY EXTENSION
22       v.                               FOR PARTIES' DEADLINES TO FILE
                                          THEIR RESPECTIVE MOTIONS FOR
23 HARTFORD LIFE AND ACCIDENT             SUMMARY JUDGMENT**
   INSURANCE COMPANY; GROUP LONG
24 TERM DISABILITY PLAN FOR
   EMPLOYEES OF FMR CORPORATION; and
25 DOES 1 through 20, inclusive,

26              Defendants.

27

28

SF/2066666v1

STIPULATION AND [PROPOSED] ORDER RE MOTIONS FOR SUMMARY

1   Plaintiff Mary Carten and defendants Hartford Life and Accident Insurance Company
2   and Group Long Term Disability Plan for Employees of FMR Corporation, through their
3   respective attorneys of record herein, hereby stipulate and agree, and that the Court order, that
4   the date for defendants to file their motion for summary judgment shall be extended from
5   January 31 to February 1, 2011.  The continuance is necessary because, due to extreme weather
6   conditions on the East Coast over the past week, the client representative has not been able to
7   complete the review and approval process with regard to the motion, although the supporting
8   documentation has been finalized and will be timely filed on January 31, 2011.  Due to these
9   very unusual circumstances, the parties agree that good cause exists for the one-day extension for
10  defendants to file their brief.
11   The parties further request, in reciprocity, that the last day for plaintiff to file her cross-
12  motion for summary judgment and her opposition to defendants' motion for summary judgment
13  be extended by one day as well, such that plaintiff's filing will be due on or before February 18,
14  2011.
15   IT IS SO AGREED, STIPULATED, AND RESPECTFULLY SUBMITTED:
16  DATED:  January 31, 2011     PILLSBURY & LEVINSON
17                              By:  /s/ Brian H. Kim (w/permission granted 1/31/2011)
                                     Terrence J. Coleman
18                                   Brian H. Kim
                                     Attorneys for Plaintiff
19                                   Mary Carten
20  DATED:  January 31, 2011     SEDGWICK, DETERT, MORAN & ARNOLD LLP
21                              By:  /s/ Rebecca A. Hull
                                     Rebecca Hull
22                                   Erin Cornell
                                     Attorneys for Defendants
23                                   Hartford Life and Accident Insurance Company; Group
                                     Long Term Disability Plan For Employees of FMR
24                                   Corporation

25   **ORDER**
26   Having considered the parties' Stipulation, and good cause appearing, it is hereby
27   ORDERED that the last day for defendants to file their motion for summary judgment is
28   continued one day to February 1, 2011.  It is further ORDERED that the last day for plaintiff to

SF/2066666v1

2
STIPULATION AND [PROPOSED] ORDER RE MOTIONS FOR SUMMARY

1  file her cross-motion for summary judgment and opposition to defendants' motion for summary

2  judgment is continued one day to February 18, 2011

3  IT IS SO ORDERED.

4  DATED:  February 1, 2011.

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE