**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

## CIVIL MINUTES

Date: May 26, 2011                                             Time: 4 hours

Case No: **C 3:10-cv-4019 WHA (EDL)**

Case Name: **Mary Carten v. Hartfold Life and Accident Insurance Co et al**

    Deputy Clerk: Cora Klein        Court Reporter: Jim Yeomans

    Attorneys: Pltf: Mark D.DeBofsky, Brian Kim

               Deft: Bruce Celebrezze, Rebecca Hull, Andrew Stabnick

---

### PROCEEDINGS

[ X ] SETTLEMENT CONFERENCE    [ ] FURTHER SETTLEMENT CONFERENCE

[ X ] Case settled

[ ] Did not settle

[ ] Partial settlement

NOTES: Settlement has been reached, the terms of the settlement stated on the record. (Ftr: 2:24-2:27)

cc: WHA